IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BILLIE JO MURINKO | |
| Plaintiff, | Case No.  4:CV 10-571-BLW |
| v. | **JUDGMENT** |
| STINKER STORES, INC. | |
| Defendant. | |

Pursuant to the Stipulation (docket no. 22) and finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Stipulation (docket no. 22) is APPROVED, and the above-entitled matter is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk shall close this case.

**Judgment - 1**

DATED:  **August 26, 2011**



B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 2**